UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ANTHONY R. MARTINEZ and CANDACE M. MARTINEZ<br>*Debtor(s)* | Case No.: 2:20–bk–01582–DPC<br><br>Chapter: 7 |
| Hugh Casiano<br><br>*Plaintiff(s)*<br><br>*v.*<br><br>CANDACE M. MARTINEZ<br><br>*Defendant(s)* | Adversary No.: 2:20–ap–00105–DPC |

## SUMMONS IN AN ADVERSARY PROCEEDING

   To each Defendant listed above, **YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003–1727 |
|---|---|

   At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney, or the plaintiff, if not represented by an attorney.

| Name and Address of Plaintiff's Attorney | MARC JOHN RANDAZZA<br>RANDAZZA LEGAL GROUP, PLLC<br>2764 LAKE SAHARA DRIVE, SUITE 109<br>LAS VEGAS, NV 89117 |
|---|---|

If you make a motion, your time to answer is governed by Fed.R.Bankr.P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**Date: April 21, 2020**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:



**George Prentice**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:  Case No.: 2:20–bk–01582–DPC

ANTHONY R. MARTINEZ and CANDACE M. MARTINEZ  Chapter: 7

*Debtor(s)*

---

Hugh Casiano  Adversary No.: 2:20–ap–00105–DPC

*Plaintiff(s)*

v.

CANDACE M. MARTINEZ

*Defendant(s)*

---

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made on _____, (name of defendant), _____ (date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre–paid, addressed to:

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

– – – CERTIFICATE OF SERVICE CONTINUES ON NEXT PAGE – – –

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: the defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I futher certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____     Signature _____

Print Name : _____

Business Address : _____

_____