UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:20–bk–01582–DPC |
| ANTHONY R. MARTINEZ and CANDACE M. MARTINEZ | Chapter: 7 |
| *Debtor(s)* | |

| | |
|---|---|
| Hugh Casiano | Adversary No.: 2:20–ap–00105–DPC |
| *Plaintiff(s)* | |
| v. | |
| CANDACE M. MARTINEZ | |
| *Defendant(s)* | |

# CERTIFICATE OF SERVICE

I, __CASSIDY CURRAN_____ (name), certify that service of this summons and a copy of the complaint was made on __CANDACE M. MARTINEZ_____, (name of defendant), __on APRIL 21, 2020_____ (date) by:

[X] Mail service: Regular, first class United States mail, postage fully pre–paid, addressed to:

CANDACE M. MARTINEZ
2017 E. ESCUDA RD.
PHOENIX, AZ 85024

[ ] Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

– – – CERTIFICATE OF SERVICE CONTINUES ON NEXT PAGE – – –

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: the defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I futher certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date  April 21, 2020            Signature  _____

Print Name : Cassidy Curran

Business Address : 2764 Lake Sahara Drive, Ste. 109

Las Vegas, NV 89117