David L. Brown, State Bar No. (021691)
**Brown & Associates, PLLC**
2450 S. Gilbert Road, Suite 200
Chandler, AZ 85286
Telephone: (480) 656-8358
Fax: (480) 223-6381
dbrown@brown-associates.net
*Attorneys for Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>ANTHONY R. MARTINEZ AND CANDACE M. MARTINEZ<br><br>Debtors.<br>HUGH CASIANO<br>Plaintiff<br>v.<br>CANDANCE M. MARTINEZ<br>Defendant | Chapter 7 Proceeding<br><br>Case No: 2:20-bk-01582 DPC<br><br>Adversarial No. 2:20-ap-00105<br><br>**NOTICE OF APPEARANCE FOR DEFENDANT IN ADVERSARIAL PROCEEDING** |

The undersigned, David L. Brown, represents Candace M. Martinez, a party in interest in this adversarial proceeding, and hereby submits this Notice of Appearance in connection therewith said adversarial proceeding.

Pursuant to Rules 2002(g) and (i), 4001, 9013 and 9022 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby requests that he be added to all mailing lists and matrices in this adversarial case and that copies of all notices, pleadings, judgments and orders in the adversarial proceeding be sent to the undersigned at the following address: David L. Brown, Brown & Associates, PLLC 2450 S. Gilbert Road, Suite 200 Chandler, AZ 85286.

Respectfully Submitted this 8th day of May, 2020.

/s/ David L. Brown
David L Brown
Counsel for Defendant

Foregoing filed ECF and copies e-mailed this 8th day of May, 2020 to:

Marc J. Randazza, Esq.
2764 Lake Sahara Drive, Ste. 109
Las Vegas, NV 89177
ecf@randazza.com

Candace Martinez
icandy.rocks@live.com

By: /s/ David L. Brown