Marc J. Randazza (AZ Bar No. 27861)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: (702) 420-2001
Email: ecf@randazza.com

Attorneys for Plaintiffs-Creditor,
Hugh Casiano

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ANTHONY R. MARTINEZ and<br>CANDACE M. MARTINEZ,<br><br>Debtors. | **In Proceedings Under Chapter 7**<br><br>Bankruptcy Case No. 2:20-bk-01582-DPC |
| HUGH CASIANO,<br><br>Plaintiff,<br><br>v.<br><br>CANDACE MARTINEZ,<br>a/k/a Candace Silva-Samante,<br><br>Defendant. | Adv. Case No. 2:20-ap-00105-DPC<br><br>**JOINT PROPOSED SCHEDULING PLAN UNDER RULE 7026(f)** |

Plaintiff-Creditor Hugh Casiano ("Mr. Casiano") and Defendant-Debtor Candace Martinez ("Ms. Martinez") hereby submit their Joint Proposed Scheduling Plan Under Fed. R. Bank. P. 7026(f). Counsel for the parties met and conferred on June 29, 2020 as required by Bankruptcy Rule

- 1 -
Joint Proposed Scheduling Plan Under Rule 7026(f)
Bankruptcy Case No. 2:20-bk-01582-DPC
Adv. Case No. 2:20-ap-00105-DPC

Case 2:20-ap-00105-DPC    Doc 16    Filed 07/10/20    Entered 07/10/20 13:22:28    Desc
Main Document    Page 1 of 5

7026(f).

**1.0 Subject-Matter Jurisdiction:** This Court has jurisdiction of this matter under 28 U.S.C. § 157 and 11 U.S.C. § 523. The claims for relief alleged in this complaint rise under Title 11 of the United States Code and are related to a case pending in the United States Bankruptcy Court for the District of Arizona (the "Bankruptcy Court"). The pending bankruptcy case to which the claims for relief alleged in this Complaint are related to is <u>In re Anthony R. Martinez and Candace M. Martinez</u>, Bk Case No. 2:20-bk-01582-MCW (the "Martinez Case"). The determination of dischargeability is a core proceeding under 28 U.S.C. § 157(b).

**2.0 Discovery Cut-off Date:** The parties met and conferred as required by Bankruptcy Rule 7026(f) on June 29, 2020. The parties propose a 180-day discovery period. Because the 180th day is December 26, a Saturday, the parties agree that the cut-off date for all discovery shall be **Monday, December 28, 2020**.

**3.0 Deadline for Amending the Pleadings and Adding Parties:** The deadline for filing motions to amend the pleadings or to add parties is 90 days before the close of discovery. Because the 90th day is September 27, a Sunday, the parties agree that the deadline is **Friday, September 25, 2020**.

**4.0 Last Date to Disclose Experts:** The parties agree that initial expert disclosures shall be made no later than 60 days before the discovery cut-off date. Thus, the last day to disclose experts is **October 23, 2020**.

**5.0 Deadline for Rebuttal-Expert Disclosures:** The rebuttal-expert disclosures shall be made no later than 30 days after initial disclosure of experts. Because the 30th day is November 22, a Sunday, rebuttal-expert disclosures are due by **November 23, 2020**.

**6.0 Dispositive Motions:** The deadline for filing dispositive motions is 30 days after the discovery cut-off date. Accordingly, the deadline is **January 27, 2021**.

**7.0 Deadline for Joint Pretrial Order:** The deadline for the joint pretrial order is 30 days after the dispositive motion deadline. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after the decision on the dispositive motions or further court order. If no dispositive motions are filed, the deadline is **Friday, February 26, 2021**.

**8.0** Counsel for the parties certify that they are in agreement that evidence may be presented in electronic format to jurors for the purposes of jury deliberations. The parties agree to disclose and exchange all non-privileged and relevant information, whether existing in hard copies or as electronically-stored information ("ESI"). The parties stipulate and agree that all discoverable documents will be produced on portable media in Portable Document Format ("PDF") with optical text recognition (electronically-searchable text). The parties further agree that the "parent-child relationship" between documents will be preserved when documents are produced (e.g., e-mails and their attachments will be produced together with consecutive Bates numbers).

At this time, the parties agree that it is not necessary to produce the metadata for electronic documents; however, the parties reserve their respective rights to request such information should any party deem it necessary. This agreement only determines the format in which the parties produce documents; it does not affect any other right of any party.

**9.0** Counsel for the parties agree with and propose the following discovery plan:

a) The parties have agreed to exchange initial disclosures by **Monday, July 13, 2020**.

b) The parties have generally discussed discovery and will continue to discuss the scope of expected discovery.

c) The parties currently are unaware of any issues about disclosure, discovery, or preservation of electronically stored information.

d) The parties agree to follow the procedures concerning inadvertent production of documents, materials, or information that is privileged or otherwise protected from discovery as set forth in Fed. R. Civ. P. 26(b)(5)(B), incorporated by Bankruptcy Rule 7026.

e) The parties agree that no changes should be made in the limitations on discovery imposed under these rules or by local rule.

Dated: July 10, 2020.  Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza
AZ Bar No. 27861
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Email: ecf@randazza.com

Attorney for Plaintiff,
Hugh Casiano

/s/ Richard Crenshaw
David L. Brown
AZ Bar No. 021691
Richard Crenshaw
AZ Bar No. 006844
Matthew G. Simunds
AZ Bar No. 023464
BROWN & ASSOCIATES, PLLC
2450 S. Gilbert Road, Suite 200
Chandler, AZ 85286
dbrown@brown-associates.net

Attorneys for Defendant,
Candace Martinez

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza