# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br>ANTHONY MARTINEZ and<br>CANDACE M MARTINEZ,<br>                        Debtors,<br><br>HUGH CASIANO,<br>                        Plaintiff,<br>and 1 ONE ARMOR , INC.<br>                        Plaintiff<br>    v.<br><br>CANDACE MARTINEZ,<br>a/k/a Candace Silva-Samante,<br>                        Defendant. | **In Proceedings Under Chapter 7**<br><br>Adversarial No. 2:20-ap-00105-DPC<br><br>Adversarial No. 2:20-ap-00172- DPC<br><br>Bankruptcy Case No.: 2:20-bk-01582-DPC<br><br>**ORDER APPROVING STIPULATION TO CONSOLIDATE ADVERSARIAL PROCEEDINGS** |

The parties to the above-captioned action, by and through their respective counsel having submitted a signed stipulation agreeing to the following:

To consolidate the above captioned adversarial proceedings for all further administration to be done jointly, and for joint hearings and trial of all matters at issue.

The Court having reviewed the stipulation, and it appears that there are common areas of fact and law fact in both cases and consolidation will avoid unnecessary duplication of effort, costs, and delay

NOW THEREFORE IT IS HEREBY ORDERED that the stipulation is approved.

---
SIGNED AND DATED ABOVE
_____